

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-18-00187-CV

**WIGGINS REVOCABLE TRUST**,
Appellant

v.

Jeffrey A. **GLOVER** and Donna S. Glover,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-01-00022-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

Appellant's motion for an extension of time to file the reply brief is granted. We order the reply brief, if any, due October 22, 2018.

It is so ORDERED on October 16, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court